IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                               :
JEREMY BATES,                                                  :
                                                               :
                            Plaintiff,                         :
                                                               :
v.                                                             :    Civil Action No.
                                                               :
U.S. DEPARTMENT OF JUSTICE,                                    :
                                                               :
                            Defendant.                         :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**Complaint**

Plaintiff Jeremy Bates, proceeding *pro se*, brings this action against Defendant the U.S. Department of Justice ("DOJ") to compel DOJ to comply with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and alleges as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction of this action under FOIA, 5 U.S.C. § 552(a)(4)(B), and under the federal-question statute, 28 U.S.C. § 1331.

2. Venue in this District is proper under 28 U.S.C. § 1391(e)(1)(B) because DOJ is headquartered in this district and because a substantial part of the events or omissions giving rise to Plainitff's claims occurred in this district.

**Parties**

3. Plaintiff is a citizen of the United States and of New York and is an attorney and counselor-at-law admitted to practice in the courts of the State of New York and in this Court.

4. On January 19, 2021, Plaintiff sued the then-President of the United States, Donald J. Trump, derivatively on behalf of the United States, for breach of fiduciary duty to the United States. *Bates* v. *Trump*, No. 1:21-cv-02402 (S.D.N.Y.) (the "2021 Derivative Action").

5. The 2021 Derivative Action was dismissed in May 2021, and in February 2022, the Second Circuit affirmed that dismissal. *Bates on behalf of the United States* v. *Trump*, 2022 WL 453397 (2d Cir. Feb. 15, 2022).

6. Plaintiff petitioned for certiorari on April 19, 2022. *Bates* v. *Trump*, No. 21-1389 (U.S.), docketed at https://www.supremecourt.gov/docket/docketfiles/html/public/21-1389.html.

7. The Solicitor General waived the right of the United States to respond to the petition for certiorari—but did so more than six weeks later, on May 27, 2022.

8. Certiorari in the 2021 Derivative Action was denied in 2022 and a motion for leave to file an out-of-time petition for rehearing was denied in February 2024.

9. On information and belief: While the 2021 Derivative Action was pending, DOJ should have considered whether the President of the United States is a fiduciary of, or whether the President owes fiduciary duties to, the United States or the American people.

10. If DOJ did consider this question, then the office that should have considered it was the Office of Legal Counsel ("OLC").

11. OLC is a component of DOJ.

12. DOJ is an agency of the U.S. Government within the meaning of FOIA. DOJ is headquartered at 950 Pennsylvania Avenue NW, Washington, DC 20530-0001.

13. On information and belief: DOJ has possession, custody, and control of records to which Plaintiff seeks access.

**Facts**

14. On November 29, 2024, Plaintiff submitted to DOJ's OLC a FOIA request for ""[a]ny OLC opinion written after January 1, 2020, that discusses whether the President of the United States (i) is a fiduciary or (ii) owes fiduciary duties."

15. On December 12, 2024, OLC acknowledged Plaintiff's FOIA request, giving it tracking number FY25-061.

16. OLC "tentatively assigned" request FY25-061 "to the 'simple' processing track."

17. A true and correct copy of OLC's response is attached as Exhibit A hereto.

18. Aside from Exhibit A, Plaintiff has received no further communication from either OLC or DOJ regarding request number FY25-061.

19. Plaintiff followed up on request number FY25-061 by e-mail to the OLC FOIA Office on February 13, 2025; February 20, 2025; and March 5, 2025.

20. Defendant did not respond to any of those e-mails.

21. As of the date of filing of this Complaint, Defendant has failed to notify Plaintiff of any determination regarding FOIA request number FY25-061.

22. On information and belief:  As of the date of filing of this Complaint, no claim that the President is a fiduciary is pending in any court.

23. On information and belief:  As of the date when Defendant was required by law to respond to request FY25-061, no claim that the President is a fiduciary was pending in any court.

24. Because Defendant has failed to respond within the time required by law, Plaintiff has constructively exhausted administrative remedies.

## Count One

(Violation of the Freedom of Information Act, 5 U.S.C. § 552)

25. Plaintiff realleges paragraphs 1–24 as though fully set forth herein.

26. By failing to respond to Plaintiff's request with determinations within the statutorily mandated time period, Defendant DOJ has violated its duties under 5 U.S.C. § 552, including DOJ's duties to conduct a reasonable search for responsive records, to take reasonable steps to release all nonexempt information, and to make responsive records available.

## Request for Relief

WHEREFORE Plaintiff respectfully requests that this Court:

a. Order Defendant DOJ to search for all records that respond to request FY25-061 and to use search methods reasonably calculated to lead to discovery of all responsive records;

b. Order Defendant to produce, by a date certain, all non-exempt responsive records and a *Vaughn* index of any responsive records withheld under any claim of exemption;

c. Enjoin Defendant DOJ from withholding any non-exempt, responsive record;

d. Award Plaintiff his costs, attorney's fees (if any), and disbursements herein; and

e. Grant any other relief that this Court may deem appropriate, just, or equitable.

Dated: New York, New York
April 25, 2025

Respectfully submitted,

*s/ Jeremy Bates*

Jeremy Bates (D.D.C. Bar No. NY0579)
21 West Street Apt. 21J
New York, New York 10006
917-626-2473
jeremybates3@gmail.com
*Plaintiff* pro Se