UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY BATES,

      Plaintiff,

  v.

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 25-1277 (ABJ)

## STATUS REPORT

Defendant United States Department of Justice ("Agency"), through undersigned counsel, hereby files this status report in accordance with the Court's July 31, 2025, Minute Order.

Plaintiff alleges that Defendant has violated the Freedom of Information Act ("FOIA"). Defendant anticipates providing a final response to Plaintiff's request by Friday, September 12, 2025. Defendant further proposes that the parties file a joint status report by Friday, September 26, 2025, which would allow the parties to confer about Plaintiff's request after Defendant's anticipated final response.

Date:  August 26, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Sam Escher*
       SAM ESCHER, D.C. Bar #1655538
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2531
       Sam.Escher@usdoj.gov

*Attorneys for the United States of America*