**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEREMY BATES,

               Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

               Defendant.

Civil Action No. 1:25-cv-01277-ABJ

### Response to Status Report

Defendant's "Status Report" (ECF No. 11) purports to be "in accordance with the Court's July 31, 2025, Minute Order."  It is not.  The Minute Order requires Defendant to file "a dispositive motion or, in the alternative, a report setting forth the schedule for the completion of its production of documents."  Today's filing is neither.  Defendant now proposes to make a "final response" (actually a *first* response to a FOIA request from 2024) by September 12, without telling anyone what that response will be.  That is noncompliance.

The Court should order Defendant to state by August 28, 2025, whether it will either (1) make a dispositive motion or (2) produce documents or a *Vaughn* index (or both).

Dated:  New York, New York
      August 26, 2025

Respectfully submitted,

*/s/ Jeremy Bates*

Jeremy Bates (D.D.C. Bar No. NY0579)
21 West Street Apt. 21J
New York, New York 10006
c 917-626-2473
jeremybates3@gmail.com

*Plaintiff* pro Se