UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY BATES,

        Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE,

        Defendant.

Civil Action No. 25-1277 (ABJ)

### JOINT STATUS REPORT

Plaintiff Jeremy Bates and Defendant U.S. Department of Justice file this joint status report in accordance with the Court's September 29, 2025, Minute Order, as modified by Standing Order No. 25-59.

This is a case under the Freedom of Information Act. Plaintiff submitted a request for "[a]ny OLC opinion written after January 1, 2020, that discusses whether the President of the United States (i) is a fiduciary or (ii) owes fiduciary duties." On September 5, 2025, Defendant issued a final response to Plaintiff stating, "A search of OLC's files has located no documents responsive to your request." On September 29, 2025, the Court ordered the parties to propose a briefing schedule in the next joint status report.

Plaintiff's position is as follows: "Given that Defendant has produced no documents and thus was supposed to file a dispositive motion 'on or before August 28, 2025' (Minute Order of July 31, 2025), Plaintiff proposes the following schedule, in part to protect against another lapse of appropriations beginning on or around January 30, 2026:

Defendant's motion for summary judgment ...........................................................January 26, 2026

Plaintiff's cross motion and opposition ...............................................................February 23, 2026

Defendant's reply and opposition ........................................................................ March 11, 2026

Plaintiff's reply ................................................................................................... March 23, 2026"

Defendant proposes the following schedule:

Defendant's motion for summary judgment ....................................... Wednesday, March 11, 2026

Plaintiff's cross motion and opposition ................................................... Wednesday, April 8, 2026

Defendant's reply and opposition ............................................................. Wednesday, May 6, 2026

Plaintiff's reply ......................................................................................... Wednesday, June 3, 2026

Date:   December 9, 2025                                  Respectfully submitted,

*/s/ Jeremy Bates*                                              JEANINE FERRIS PIRRO
Jeremy Bates (D.D.C. Bar No. NY0579)         United States Attorney
21 West Street Apt. 21J
New York, New York 10006                           By:        */s/ Sam Escher*
917-626-2473                                                           SAM ESCHER, D.C. Bar #1655538
jeremybates3@gmail.com                                    Assistant United States Attorney
                                                                              601 D Street, NW
*Pro Se Plaintiff*                                                  Washington, DC 20530
                                                                              (202) 252-2531
                                                                              Sam.Escher@usdoj.gov

                                                                              *Attorneys for United States of America*

2