UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY BATES,

          Plaintiff,

   v.

U.S. DEPARTMENT OF JUSTICE,

          Defendant.

Civil Action No. 25-1277(ABJ)

## SUBSTITUTION OF COUNSEL

     The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Rashad Hussain and remove the appearance of Assistant United States Attorney Sam Escher as

counsel for Defendant in the above-captioned case.

Dated: December 22, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: ___*/s/ Rashad Hussain*_____
    RASHAD HUSSAIN
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7725
    Rashad.Hussain@usdoj.gov

*Attorney for the United States of America*