UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY BATES,

      Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 25-cv-1277 (ABJ)

**DECLARATION OF JARED KAPROVE**

I, Jared Kaprove, declare the following to be true and correct:

1.     I am the Freedom of Information Act ("FOIA") and Records Management Attorney for the Department of Justice Office of Legal Counsel ("OLC"), a position I have held since 2015.

2.     I am responsible for processing and responding to FOIA requests seeking records from within OLC in accordance with the mandates and exemptions of the FOIA.

3.     I coordinate the searches for responsive documents within OLC and determine whether records responsive to requests exist and, if so, whether they can be released in accordance with the FOIA and its applicable exemptions, coordinating with senior OLC officials as appropriate.

4.     I communicate with requesters and prepare the responses to the FOIA requests that are referred to OLC by other DOJ components and other federal agencies, and requests that are submitted directly to OLC.

5.     I am familiar with OLC's handling of FOIA requests submitted to OLC by Mr. Bates that are the subject of this litigation, including the details of the search conducted.

***Communications Regarding the FOIA Request***

6.     On November 29, 2024, OLC received Bates's request for "[a]ny OLC opinion written after January 1, 2020, that discusses whether the President of the United States (i) is a fiduciary or (ii) owes fiduciary duties." *See* Exhibit A (FOIA Request).

7.     The request was assigned tracking number FY25-061. *See* Exhibit B (Acknowledgment Letter, Dec. 12, 2024).

8.      On September 5, 2025, following the initiation of this action and having completed a search of OLC's records, I sent a response to Ferguson on behalf of OLC, informing him that the search had located no responsive records.  *See* Exhibit C (Response Letter).

***Details of the Search***

9.      Prior to my informing Mr. Bates that OLC did not locate any responsive records, OLC FOIA staff first conducted a search of all locations reasonably likely to contain potentially responsive records.

10.      OLC maintains an internal database called the Document Archiving and Management System ("DAMS"), a database of completed, unclassified legal advice documents conveying advice outside of the office or memorializing such advice already provided.  The database contains formal memoranda, significant email advice, emails commenting on draft legislation, and file memoranda memorializing informal advice, as well as other miscellaneous legal advice documents prepared by OLC.  OLC provides information about this database to the public on its web site, available at https://www.justice.gov/olc/olc-major-information-systems-1.

11.      OLC attorneys use the DAMS database to perform internal research in the course of their work.  Accordingly, it is in OLC's interest to keep the database as complete as possible.

12.      OLC FOIA searches usually begin with this database, both to determine what final work may exist and as a first step to determine what custodians may have responsive records.

13.      The search tool supports standard Boolean operators and automatically includes pluralisms and other simple variations on terms, e.g. a search for "president" will also return hits for "presidents" and "president's" among the results.

14.      To initiate the search for records potentially responsive to plaintiff's FOIA request, OLC searched the DAMS database for several keyword combinations related to requester's search.  These keywords—chosen to be overlapping and over-inclusive—included the following:

- president AND fiduciary
- presidential AND fiduciary
- "fiduciary duties" AND president
- "fiduciary duties" AND presidential

15.      OLC's FOIA staff then reviewed any results from these searches for responsiveness to plaintiff's FOIA request, and did not identify any responsive records.

16.      In addition to searching this database, OLC's FOIA staff typically also consults

with those likely to be aware of any responsive records, including subject matter experts (if any are identified) and members of OLC's leadership responsible for supervising and assigning work within the Office, to determine whether there were any other records not identified in the database, including classified records.  OLC's FOIA staff carried out this step as well, and did not identify any potentially responsive records.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __25th__ day of February, 2026.

_Jared Kaprove_

Jared Kaprove
FOIA and Records Management Attorney